UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TAMMY POWERS, | : Case No. 3:19-cv-346 |
| Plaintiff, | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This social security case is presently before the Court upon Plaintiff's Motion to Dismiss Complaint as Prematurely Filed. (Doc. #6). Plaintiff requests that her Complaint in this matter be dismissed without prejudice and this case closed on the Court's docket. Plaintiff consulted with counsel for the Commissioner regarding this Motion and received consent for the same.

### IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion to Dismiss Complaint as Prematurely Filed (Doc. #6) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED** without prejudice; and

3. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 1-3-20

Walter H. Rice
United States District Judge